UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD R. ECKLUND, | Case No. 18-CV-03970 LHK (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| CAPTAIN, | |
| Respondent. | |

On July 2, 2018, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an application for leave to proceed *in forma pauperis* ("IFP"). That same day, the court sent a notice to petitioner, informing him the IFP application he filed was deficient because it did not include a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the prison facility, or a prisoner trust account statement showing transactions for the last six months. Petitioner was advised that the case would be dismissed if petitioner failed to pay the fee, or file a completed IFP application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and petitioner has not paid the filing fee, nor has he filed the documentation necessary to complete his IFP application.

Thus, the instant action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 8/16/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE